UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Christian Diaz
_____

_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

- against -

Crystal Springs Resort
1 Wild Turkey Way, Hamburg,
New Jersey 07419

973-862-4351
INFO@csresort.com

_____

_____

CLERK
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED

2025 SEP -5 P 12: 02

DLG FC

**COMPLAINT**

Jury Trial: [✓] Yes [ ] No

*(check one)*

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

I.     Parties in this complaint:

A.     List your name, address and telephone number. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff     Name                Christian Diaz
              Street Address      68 B Newark Way
              County, City        Essex County, Maplewood
              State & Zip Code    New Jersey 07040
              Telephone Number    (862) 262-5538

B. List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1
Name **Crystal Springs Resort**
Street Address **1 Wild Turkey Way,**
County, City **Sussex County, Hamburg**
State & Zip Code **New Jersey, 07419**

Defendant No. 2
Name
Street Address
County, City
State & Zip Code

Defendant No. 3
Name
Street Address
County, City
State & Zip Code

Defendant No. 4
Name
Street Address
County, City
State & Zip Code

II. **Basis for Jurisdiction:**

Federal courts are courts of limited jurisdiction. There are four types of cases that can be heard in federal court: 1) Federal Question - Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case; 2) Diversity of Citizenship - Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case; 3) U.S. Government Plaintiff; and 4) U.S. Government Defendant.

A. What is the basis for federal court jurisdiction? *(check all that apply)*
   [X] Federal Questions           [ ] Diversity of Citizenship
   [X] U.S. Government Plaintiff   [ ] U.S. Government Defendant

B. If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? **18 U.S Code 2510, 2511 (Federal)**
**N.J. Stat. 2A:156A-3  (state)**

C.  If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship ___New Jersey___

Defendant(s) state(s) of citizenship ___New Jersey___

III.  **Statement of Claim:**

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.  Where did the events giving rise to your claim(s) occur? ___in emails___
I gave the Court copies of the conversation via emails

B.  What date and approximate time did the events giving rise to your claim(s) occur? ___July 16, 2025 2:48pm until 3:38pm and July 18, 2025 12:43pm until 1:50pm___

C.  Facts: This started with a reservation I made, where it was canceled, the resort listened to the call to get information and make a decision, that's what they told me, when I told them that I wanted to listen to that call to confirm that the decision they made was fair, they told me that I couldn't listen to that recording, I was interested in listening to that recording to agree or not with the decision and also for me to hear if the operator or the employee said that the call was being recorded, they could listen to it for their benefit and I couldn't, that seems unfair to me, because I was present in that recording.

→ Who did what? Crystal Springs Resort

Supervisor Kathe, the last person I spoke to on the phone, accepting everything that happened. (Resort employee)

[Margin labels: What happened to you? / Who did what? / Was anyone else involved? / Who else saw what happened?]

- 3 -

IV.     Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. With my therapist, a conversation about what happened and the impotence I felt about the way the resort treated me.

V.      Relief:

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation.

I lost $392.11 of the reservation and those moments of impotence and unfair treatment, although that uncomfortable moment still passes when I see the name Crystal Springs Resort, I feel that memory. Seeking justice if there is any so that it can be applied, even if it is not for my convenience. I want to know if it is correct or not about what happened to me with the resort, and if it was incorrect I would like $100,000.

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this 5 day of September, 2025.

Signature of Plaintiff  Christian Diaz
Mailing Address  68 B Newark Way
Maplewood, NJ 07040

Telephone Number  (862) 262-5538
Fax Number *(if you have one)*
E-mail Address  NewJersey2022@hotmail.com

Note:   All plaintiffs named in the caption of the complaint must date and sign the complaint.

Signature of Plaintiff:  Christian Diaz